UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARVELLE PLEDGER SR.,<br><br>            Plaintiff,<br><br>     v.<br><br>QUICKEN LOANS, INC., ET. AL.,<br><br>            Defendants. | Case No. CV 15-02105-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed on November 18, 2015 (Doc. 22), IT IS ORDERED AND ADJUDGED that Plaintiff Narvelle Pledger Sr.'s Complaint (Doc. 1) is DISMISSED WITHOUT PREJUDICE with respect to Defendants Bank of America, N.A., BAC Home Loans Servicing, LP, Nationstar Mortgage LLC, Mortgage Electronic Registration Systems, Inc., and Federal Home Loan Corporation.  The Court orders that such judgment be entered.

Dated: 5November 19, 201            _____
                                    VIRGINIA A. PHILLIPS
                                    United States District Judge